# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 05-1215-CV-W-DW |
| MID-SOUTH MILLING COMPANY, | ) |
| Defendant. | ) |
| MID-SOUTH MILLING COMPANY, | ) |
| Third Party-Plaintiff, | ) |
| v. | ) |
| STEVEN EFFERTZ, THEODORE MOSES, and ROBERTA SMITH, | ) |
| Third Party-Defendants. | ) |

## ORDER

Before the Court is the parties Stipulation of Dismissal. (Doc. 21). The parties move the Court to dismiss this case with prejudice. Pursuant to the Stipulation, the Court ORDERS that the above-captioned case be DISMISSED WITH PREJUDICE, with each party to bear its own costs. See Fed. R. Civ. P. 41. The clerk of the court shall mark this case as closed.

IT IS SO ORDERED.

Date: December 12, 2006

/s/ DEAN WHIPPLE
Dean Whipple
United States District Court